CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY
+ + MEMBER NY & FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

January 7, 2025

**VIA ECF**

Hon. Renée Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Re:** ***Stevens v. TD Bank, N.A.,***
**Civil Action No. 1:24-md-08311**

Dear Chief Judge Bumb:

We, along with co-counsel, are counsel for Plaintiff Jeffrey Stevens, and proposed counsel for the putative Class, in the above-captioned matter. It has come to our attention that the opposition brief filed in response to TD Bank, N.A.'s motion to dismiss (Dkt No. 19) inadvertently exceeded the page limit of 40 pages under Local Rule 7.2(d). Plaintiff respectfully requests that the Court retroactively allow Plaintiff a 5-page extension for his opposition brief and grant Defendant the same 5-page extension for its reply brief. Plaintiff met and conferred with Defendant concerning this request. While Defendant does not oppose this request by Plaintiff, it will not be joining in the request to the Court. In the alternative, should the Court deny Plaintiff's request, attached as **Exhibit A** is a corrected brief in compliance with the District's page limitations, and as **Exhibit B**, a redline of Plaintiff's changes.

We appreciate the Court's consideration of this request and its continued attention to this matter. Of course, should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*
JAMES E. CECCHI

cc: Counsel of Record (via ECF)

SO ORDERED this 8th day of January 2025

[signature]

United States District Judge