[Docket No. 18]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

JEFFREY STEVENS, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

TD BANK, N.A.,

Defendant.

Civil No. 24-8311 (RMB/AMD)

**ORDER**

THIS MATTER having come before the Court upon the Motion to Dismiss by Defendant TD Bank, N.A. ("Defendant") [Docket No. 18] seeking dismissal of the Complaint [Docket No. 1] by Plaintiff Jeffrey Stevens ("Plaintiff"); and Plaintiff having opposed the Motion [Docket No. 19]; and Defendant having submitted a reply brief in further support of its Motion [Docket No. 26]; and the parties having exchanged letters regarding supplemental authority [Docket Nos. 27, 28]; and the Court having considered the parties' submissions without oral argument pursuant to Local Civil Rule 78.1(b); and for the reasons set forth in the accompanying Opinion issued on this date; and for good cause shown,

IT IS HEREBY, on this **27th** day of **June, 2025**,

**ORDERED** that Defendant's Motion to Dismiss [Docket No. 18] is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is granted **LEAVE TO AMEND** his pleadings to remedy the deficiencies identified in the accompanying Opinion within **thirty (30) days** of the entry of this Order; and it is further

**ORDERED** that Defendant shall file its responsive pleading to the amended complaint no later than thirty (30) days after the amended complaint is filed; and it is finally

**ORDERED** that if Defendant intends to move to dismiss the amended complaint, Defendant must comply with this Court's Individual Rules and Procedures, which first require the filing of a pre-motion letter.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge