**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JEFFREY STEVENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Case No.: 1:24-cv-08311-RMB-AMD<br><br>**STIPULATION AND ORDER CONCERNING FILING OF SECOND AMENDED COMPLAINT AND DEFENDANT'S RESPONSIVE PLEADING** |

WHEREAS, on October 16, 2025, the Court conducted a Pre-Motion Conference (ECF No. 53) and directed the parties to propose a stipulated schedule for the filing of a second amended complaint by Plaintiff and Defendant's responsive motion to dismiss, as well as a limited exchange of information under Federal Rule of Evidence 408;

WHEREAS, the parties agree that it is in the interests of the parties and judicial economy for Plaintiff to amend the existing amended complaint before Defendant files its motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. The Amended Complaint (ECF No. 32) is moot and Defendant is not required to respond to the Amended Complaint.

2. Plaintiff agrees to voluntarily dismiss his claims for negligence per se as a standalone count (Count 2), unjust enrichment (Count 3), breach of implied contract (Count 6), and multistate unfair and deceptive trade practices (Count 8).

3. Plaintiff shall file the Second Amended Complaint by October 29, 2025.

4. Defendant shall move against, answer or otherwise respond to the Second Amended Complaint by November 21, 2025.

5. If Defendant moves to dismiss the Second Amended Complaint, Plaintiff may oppose by January 9, 2026, and Defendant may reply by January 30, 2026.

6. At the Court's direction, the parties will engage in Rule 408 discussions and limited exchange of information to facilitate those discussions.

7. The parties shall work diligently to hold any Rule 408 discussions and to exchange information in a timely manner.

8. The parties will provide an update on Rule 408 discussions at a status conference to be scheduled at the Court's convenience for late February 2026.

Dated: October 30, 2025

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By: *s/ James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

**DWOSKIN WASDIN LLP**
Eric S. Dwoskin (*pro hac vice*)
433 Plaza Real, Suite 275
Boca Raton, Florida 33432
Tel: (561) 849-8060
edwoskin@dwowas.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel (*pro hac vice*)
J. Austin Moore (*pro hac vice*)
Kasey Youngentob (*pro hac vice*)
460 Nicholas Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com
moore@stuevesiegel.com
youngentob@stuevesiegel.com

*Counsel for Plaintiff*

**BROWN & CONNERY, LLP**

By: *s/ Susan M. Leming*
Susan M. Leming
360 Haddon Avenue
Westmont, NJ 08108
Tel: (856) 854-8900
sleming@brownconnery.com

**KING & SPALDING LLP**
Zachary A. McEntyre (*pro hac vice*)
Robert D. Griest (*pro hac vice*)
1180 Peachtree Street, N.E. Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600
zmcentyre@kslaw.com
rgriest@kslaw.com

*Counsel for Defendant TD Bank, N.A.*

**IT IS SO ORDERED**

DATED: October 31, 2025

The Honorable Renée Marie Bumb
Chief, United States District Judge