**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JEFFREY STEVENS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | Case No.: 1:24-cv-08311-RMB-AMD<br><br>**Motion Day: February 17, 2026**<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, that on February 17, 2026, or on a date to be set by this Court, Defendant TD Bank, N.A. will move before the Honorable Renée Marie Bumb, Chief U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, to dismiss Plaintiff Jeffrey Stevens's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely upon this Notice of Motion, the accompanying Memorandum in support thereof, and such other authorities and arguments as may be submitted in any reply or at any hearing. A proposed form of Order is also attached.

Dated: November 21, 2025

Respectfully submitted,

*s/Susan M. Leming*
Susan M. Leming, Esq.
**BROWN & CONNERY, LLP**
360 Haddon Ave.
Westmont, NJ 08108
Telephone: (856)-854-8900

Zach A. McEntyre (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404)-572-4600

*Attorneys for Defendant TD Bank, N.A.*