**BROWN & CONNERY, LLP**
ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

April 13, 2026

**Via ECF**
Honorable Renée Marie Bumb, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: Jeffrey Stevens v. TD Bank, N.A.,**
**Civil Action No. 1:24-cv-08311-RMB-AMD**

Dear Chief Judge Bumb:

We, along with King & Spalding, represent Defendant TD Bank, N.A. ("TD Bank") in the above matter.

We are writing to alert the Court of an inappropriate disclosure of confidential Rule 408 communications and seeking assistance in rectifying same. On Friday evening, Plaintiff filed a letter addressed to Your Honor which discloses information that TD Bank provided to Plaintiff expressly subject to Rule 408. (ECF No. 61). Counsel for TD Bank immediately contacted Plaintiff's counsel and demanded the letter be removed from the public docket in light of the disclosure, but they refused. Given the confidential and sensitive nature of this information, and the fact that is was provided to Plaintiff specifically under the Rule 408 process that the Court directed, TD Bank respectfully requests that this Court remove the letter from the docket, or temporarily seal the letter to afford TD Bank an opportunity to file a motion to seal pursuant to Local Rule 5.3, if necessary. *See Cambria Co. LLC v. Hirsch Glass Corp.*, No. 21-10092, 2023 WL 6387680, at *4 (D.N.J. Sept. 29, 2023) ("In light of the strong policy favoring the settlement of disputes and the candid communications that must happen to achieve those ends, it is troubling to say the least that the Court needs even to say that parties and their counsel ought to keep confidential settlement communications confidential.").

TD Bank would like an opportunity to provide a more fulsome response to Plaintiff's letter, as there are many points to be refuted. Currently, TD Bank's co-counsel is traveling internationally and returning early next week. If amenable to the Court, TD Bank would request the ability to submit a response no later than Tuesday, April 21st, following the return of co-counsel. We note that we apprised Plaintiff's counsel of this schedule ahead of their filing the letter on Friday.

We thank the Court for its time and attention to this request.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/Susan M. Leming*
Susan M. Leming

cc: All counsel of record *(via electronic filing)*

Defendant's request to seal Docket Entry 61 is **GRANTED.**
Defendant shall file its responsive letter no later than April 21, 2026.

**SO ORDERED this** 15th **day**

**of** April **20**26

**United States District Judge**