[Docket No. 57]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

JEFFREY STEVENS, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

TD BANK, N.A.,

Defendant.

Civil No. 24-8311
(RMB/AMD)

**ORDER**

THIS MATTER having come before the Court upon the Motion to Dismiss by Defendant TD Bank, N.A. ("Defendant") [Docket No. 57] seeking dismissal of the Second Amended Complaint [Docket No. 54] by Plaintiff Jeffrey Stevens ("Plaintiff"); and Plaintiff having opposed the Motion [Docket No. 58]; and Defendant having submitted a reply brief in further support of its Motion [Docket No. 66]; and the parties having exchanged letters regarding supplemental authority [Docket Nos. 68, 69]; and the Court having considered the parties' submissions without oral argument pursuant to Local Civil Rule 78.1(b); and for the reasons set forth in the accompanying Opinion issued on this date; and for good cause shown,

IT IS HEREBY, on this **30th** day of **June, 2026**,

**ORDERED** that Defendant's Motion to Dismiss [Docket No. 57] is **DENIED,** in part; and it is further

**ORDERED** that Defendant's Motion to Dismiss [Docket No. 57] is **CONVERTED** to a Motion for Summary Judgment consistent with the accompanying Opinion; and it is further

**ORDERED** that the parties shall file any pertinent materials not already provided that they believe are needed to resolve the motion for summary judgment no later than ninety (90) days from the date of this Order, unless extended by the Court.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge